# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GENARO JIMENEZ-MARTINEZ, :
:
    Petitioner, :
:
v. : No. 4:18-CV-49
:
WARDEN CRAIG LOWE, : (Judge Brann)
:
    Respondent. :

## **ORDER**

**AND NOW**, this 31st day of October 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus action is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        United States District Judge